**Electronically Filed
Supreme Court
SCWC-18-0000076
06-AUG-2021
10:55 AM
Dkt. 30 ODAC**

SCWC-18-0000076

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALEXANDER ALLEN,
Petitioner/Appellant-Appellant,

vs.

LEONARD HOSHIJO, AS ACTING DIRECTOR OF THE DEPARTMENT OF LABOR
AND INDUSTRIAL RELATIONS OF THE STATE OF HAWAIʻI;
and ATLAS CONSTRUCTION, INC.,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000076; CIV. NO. 1CC17100916)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Appellant-Appellant's Application for Writ

of Certiorari, filed on June 14, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 6, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

